[No. 51369-9-I. Division One. February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. TONY ADAM CULLUM, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 02-1-00692-7, Gerald L. Knight, J., entered October 14, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51474-1-I. Division One. February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. GLENN LEGG, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-07561-1, Michael J. Fox, J., entered November 25, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51560-8-I. Division One. February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. JAMES CARD, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-03365-9, Catherine D. Shaffer, J., entered November 13, 2002. *Affirmed* by unpublished per curiam opinion.

[No. 51589-6-I. Division One. February 9, 2004.]

THE STATE OF WASHINGTON, *Respondent*, v. ROOSEVELT SCOTT, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 02-1-04647-5, Carol A. Schapira, J., entered December 3, 2002. *Affirmed* by unpublished per curiam opinion.